**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 19-12933-pmm |
| Aby Mathew, | Chapter 13 |
| Debtor. | Related to ECF No. 49 |

**Debtor's Response to**
**Chapter 13 Standing Trustee's Motion for Dismissal**

**AND NOW**, Debtor Aby Mathew, by and through his attorney, hereby responds to the Motion for Dismissal filed by Chapter 13 Standing Trustee Kenneth E. West.

The Debtor opposes the motion. The arrearage that gave rise to the motion can be cured by the Debtor in short order, thus no grounds for relief exist. However, due to a recent health-related hardship, the Debtor is unable to cure the arrearage all at once. Instead, the Debtor intends to pay $500 on August 26, and then $500 on September 20.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: August 19, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that a true and correct copy of the Debtor's Response to the Chapter 13 Standing Trustee's Motion for Dismissal was served on Kenneth E. West through the CM/ECF system along with all attachments.

Date: August 19, 2024

/s/ Michael A. Cibik
Michael A. Cibik

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-12933-pmm |
| Aby P. Mathew, | Chapter 13 |
| Debtor. | Related to ECF No. 49 |

**Order on Chapter 13 Standing Trustee's Motion for Dismissal**

 **AND NOW**, upon consideration of the Motion for Dismissal filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that the motion is **DENIED**.

Date:

                 Patricia M. Mayer
                 U.S. Bankruptcy Judge