Certificate Number: 16339-PAE-DE-039036921

Bankruptcy Case Number: 19-12933



16339-PAE-DE-039036921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2024</u>, at <u>4:13</u> o'clock <u>PM EST</u>, <u>Aby P. Mathew</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>November 5, 2024</u>    By:    <u>/s/Kelley Tipton</u>

Name:    <u>Kelley Tipton</u>

Title:    <u>Certified Financial Counselor</u>