United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12933-pmm |
| Aby P. Mathew | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aby P. Mathew, 3738 Bandon Drive, Philadelphia, PA 19154-3002 |
| 14324126 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14351089 | + | Wells Fargo, 301 e 58th N, Sioux Falls, SD 57104-0422 |
| 14351248 | + | Wells Fargo Bank, 301 E 58th N, Sioux Falls, SD 57104-0422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2024 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14321914 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2024 00:35:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I. 02919 |
| 14324130 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2024 00:35:00 | RBS Citizens Cc, 1 Citizens Dr., MS: ROP 15B, Riverside, RI 02915 |
| 14324118 | | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14324119 | | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14412481 | | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14324113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2024 01:08:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14351692 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2024 00:44:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14324114 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2024 00:36:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14333554 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2024 00:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14324116 | + | Email/Text: ecf@ccpclaw.com | Nov 16 2024 00:35:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 900, Philadelphia, PA 19102-3518 |
| 14324120 | + | Email/Text: bankruptcy@philapark.org | Nov 16 2024 00:36:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14324121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2024 00:35:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14324122 | | Email/Text: bankruptcycourts@equifax.com | Nov 16 2024 00:35:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14324123 | ^ | MEBN | Nov 16 2024 00:23:11 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14324124 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2024 00:35:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14324115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2024 00:43:15 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14333829 | + | Email/Text: RASEBN@raslg.com | Nov 16 2024 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14323227 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2024 01:07:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14324125 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 16 2024 00:35:00 | Med Data Systems, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14351253 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2024 00:35:00 | PECO Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia, PA 19103-1338 |
| 14324128 | ^ | MEBN | Nov 16 2024 00:23:27 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14324129 | + | Email/Text: bankruptcy@philapark.org | Nov 16 2024 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14353100 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2024 00:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14321143 | ^ | MEBN | Nov 16 2024 00:23:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14324131 | | Email/Text: DASPUBREC@transunion.com | Nov 16 2024 00:35:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14324132 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 16 2024 00:36:00 | Transworld Sys Inc/33, Attn: Compliance Dept, PO Box 15618, Wilmington, DE 19850-5618 |
| 14347744 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 16 2024 01:07:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14324133 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 16 2024 00:44:14 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 14324134 | + | Email/Text: bncnotice@ph13trustee.com | Nov 16 2024 00:36:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14343396 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Bankruptcy Unit, 15th Floor, |

| | | |
|---|---|---|
| | | 1515 Arch Street, Philadelphia, PA 19102 |
| 14351251 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14351249 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Major Tax Unit/ Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14324117 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14351247 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14351252 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Aby P. Mathew help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 56 − 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Aby P. Mathew ) Case No. 19−12933−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 15, 2024                                                      For The Court

                                                                                                        Timothy B. McGrath
                                                                                                        Clerk of Court